## IN THE UNITED STATES DISTRICT COURT FOR
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

**YOUNG NAK LIM**, et al.  )
)
)
Plaintiff,  )
)
v.  )
)
**METAL SOURCE AMERICA, INC.,**  )   **CASE NO.: 3:14-CV-159-TCB**
**AIA RECYCLING CORPORATION,**  )
**and NA Y KIM,**  )
)
Defendants.  )
)
)

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CLAIMS WITH PREJUDICE

THIS CAUSE arose before the Court on the parties' Joint Motion for Approval of Settlement Agreement and for Order Dismissing Claims with Prejudice.  This case arose in part pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. and, therefore, requires court approval. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.")  This Court, being fully advised in the premises, hereby ORDERS that:

25567388 v1

1.    The Joint Motion for Approval of Settlement is granted.  The Agreement between the parties constitutes a fair and reasonable resolution of the plaintiff's claims.

2.    The Claims of Plaintiff Young Nak Lim in this action are hereby DISMISSED WITH PREJUDICE, each party to bear his, her, or its own costs, attorney's fees, and expenses, with the exception of the payment of attorney's fees to counsel for plaintiffs described in the Settlement Agreement, which constitutes all attorney's fees, expenses, and costs due for this action.  All Plaintiffs in this action have settled their claims.

DONE and ORDERED this _____29th_____ day of October, 2015.

_____
United States District Judge